UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lacy Wayne Bullard                                Docket No. 7:19-CR-128-1FL

**Petition for Action on Supervised Release**

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lacy Wayne Bullard, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2), was sentenced by the Honorable William L. Osteen Jr., United States District Judge, on December 21, 2017, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Lacy Wayne Bullard was released from custody on April 25, 2019, at which time the term of supervised release commenced. On July 3, 2019, the court in the Middle District of North Carolina was advised that the defendant had violated his term of supervised release by testing positive for marijuana and not complying with conditions of home detention. The court in the Middle District of North Carolina took no action, and a transfer of jurisdiction was initialed. Transfer of jurisdiction was completed in the Eastern District of North Carolina on August 7, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 30, 2019, and August 5, 2019, the defendant submitted urine samples that tested positive for marijuana. When confronted the defendant admitted using marijuana around July 15, 2019. The defendant was verbally reprimanded for his use. The defendant is currently enrolled in outpatient substance abuse treatment. As a punitive sanction for this conduct, we are recommending that the conditions of supervision be modified to include a condition that he complete 12 hours community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing
                                              is true and correct.

/s/ David W. Leake                            /s/ Jared Britt
David W. Leake                                Jared Britt
Supervising U.S. Probation Officer            U.S. Probation Officer
                                              150 Rowan Street Suite 110
                                              Fayetteville, NC 28301
                                              Phone: 910-354-2549
                                              Executed On: August 12, 2019

**Lacy Wayne Bullard**
**Docket No. 7:19-CR-128-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this  14th  day of  August , 2019, and ordered filed and made a part of the records in the above case.

*Louise V. Flanagan*
Louise W. Flanagan
United States District Judge